No. 204. KOBILKIN v. PILLSBURY, DEPUTY COMMISSIONER OF U. S. EMPLOYEES' COMPENSATION COMMISSION, ET AL. ·Argued January 8, 9, 1940. Decided January 29, 1940. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. George G. Olshausen* submitted for petitioner. *Mr. Telford Taylor,* with whom *Solicitor General Jackson, Assistant Attorney General Shea,* and *Messrs. Aaron B. Holman* and *Richard H. Demuth* were on the brief, for Pillsbury, Deputy Commissioner (the brief being also on behalf of the Compensation Commission, as *amicus curiae*); and *Mr. M. B. Plant,* with whom *Messrs. Herman Phleger, Maurice E. Harrison,* and *Gregory A. Harrison* were on the brief, for Matson Navigation Co., — respondents.

No. 603. JAGELS, "A FUEL CORPORATION," v. TAYLOR COMPTROLLER OF THE CITY OF NEW YORK. January 29, 1940. *Per Curiam:* The motion to substitute Joseph D. McGoldrick, present Comptroller of the City of New York, as appellee in place of Frank J. Taylor is granted. The judgment is affirmed. *McGoldrick* v. *Berwind-White Coal Mining Co., ante,* p. 33; *McGoldrick* v. *Du Grenier, ante,* p. 70; *McGoldrick* v. *Felt & Tarrant Co., ante,* p. 70. *Mr. Marion B. Pierce* for appellant. *Mr. William C. Chanler* for appellee.